Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER JOHN CARRIVEAU,<br><br>Defendant. | DOCKET NO: 6:13-mj-119-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of

Court endorsed hereon, the United States hereby moves the Court for an order of

dismissal without prejudice in the interest of justice.

Dated:  March 11, 2014               NATIONAL PARK SERVICE


 /S/ Matthew McNease
Matthew McNease
Acting Legal Officer

1

1

**ORDER**

2

3        Upon application of the United States, and good cause having been shown

4   therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v.*

5   *Christopher John Carriveau*, 6:13-mj-119-MJS, be dismissed, without prejudice, in the

6   interest of justice.

7

IT IS SO ORDERED.

8

9        Dated:   __March 11, 2014__            /s/ *Michael J. Seng*

10                                         UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28